UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 DEC 20  PM 4 19

Janet Francis,

Plaintiff,

Civil Action No. _____

-vs-

TD Bank, N.A                                    **COMPLAINT**

Defendant(s).                                   **JURY DEMAND**

### PARTIES

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034
888-751-9000

### JURISDICTION

The grounds upon which the court's jurisdiction depends is a federal question, 28 U.S.C 1441(a) and 28 U.S.C. 1367(a).

### CAUSE OF ACTION

Quiet Title; violation of TILA; violation of Fair Foreclosure Act; Fraud; misapplied payments; breach of contract; wrongful foreclosure; negligent infliction of emotional distress; intentional infliction of emotional distress; incorrect interest rate at closing; incorrect taxes charged at closing; rescission; No notice of intent; Interstate Banking and Branching Efficiency Act of 1994, the investment company Act of 1940 and the Investment Advisers Act of 1940.

### DEMAND

Declaratory and injunctive relief enforcing rescission of the mortgage, including a declaration that Plaintiff is not liable for any finance charge or other charge imposed in connection with the transaction; Declaratory and injunctive relief voiding the mortgage; awarding actual damages; awarding statutory damages; awarding attorney's fees and costs; closing costs and principle and interest paid totaling $110,915.94 and granting such other relief as the court deems just and equitable.

_____
JANET FRANCIS, PLAINTIFF