NOT FOR PUBLICATION (Document No. 8)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JANET FRANCIS, | : | |
| Plaintiff, | : | Civil No. 12-7753 (RBK/AMD) |
| v. | : | **ORDER** |
| TD BANK, N.A., | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant's motion to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted (Doc. No. 8), and the Court having considered the moving papers, and the responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**.


Dated:   8/30/2013                                              /s/ Robert B. Kugler
                                                                ROBERT B. KUGLER
                                                                United States District Judge